UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>Naji Chammout<br><br>Debtor_____/ | CHAPTER 13<br>CASE NO. 19-55006-MAR<br>JUDGE MARK A RANDON |

## TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee objects to debtor's failure to list his personal guaranty of Westborn Studios, LLC's commercial lease with West Village Commons, LLC, in the Schedules and treat in the Chapter 13 Plan.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

Dated: June 26, 2020

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARGARET CONTI SCHMIDT
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:             CHAPTER 13

Naji Chammout                   CASE NO. 19-55006-MAR

                                         JUDGE MARK A RANDON

Debtor                          /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

     FAIRMAX LAW
     1 PARKLANE BLVD
     SUIITE 729 E
     DEARBORN, MI 48126

June 26, 2020                         /s/ Barb Ecclestone
                                             BARB ECCLESTONE
                                             For the Office of the Chapter 13 Trustee-Detroit
                                             719 Griswold Street, Ste 1100
                                             Detroit, MI 48226
                                             (313) 962-5035
                                             notice@det13ksc.com