UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Naji Chammout,                                             CHAPTER 13
                                                                  CASE NO. 19-55006-mar
                                                                  JUDGE Mark A. Randon
Debtor,
_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The election in Section II.A. of the 1st Amended Chapter 13 Plan is altered to reflect that the applicable commitment period and plan length are 60 months.
☒ The Debtor's will provide personal and business income tax returns to the Trustee during the term of their chapter 13 plan by June 15 each year.
☒ Colonial Savings will have a class 5.2 claim for post-petition mortgage fees in the amount of $716.60 to be paid directly by Debtor.
☒ Creditor's rights to object to the last amended plan are preserved until until August 27, 2020.

APPROVED:                                                         APPROVED:

/s/Margaret Conti Schmidt                                         /s/David Ienna
Krispen Carroll (P49817)                                          David Ienna    (P77170)
Chapter 13 Trustee                                                Jaafar Law Group PLLC
719 Griswold, Suite 1100                                          ATTORNEY FOR DEBTOR
Detroit, MI 48226                                                 1 Parklane Blvd, Suite 729E
(313) 963-4315                                                    Dearborn, MI 48126
notice@det13ksc.com                                               888-324-7629

**Signed on August 24, 2020**



/s/ Mark A. Randon

**Mark A. Randon
United States Bankruptcy Judge**