**KILPATRICK & ASSOCIATES, P.C.**
**Attorneys and Counselors at Law**
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**        615 Griswold, Suite 1305
*Keith Reid*        Detroit, MI 48226
*Tara Raske-Liles*
*Marc Shulman*

June 21, 2022        *<u>via email and First Class Mail</u>*

United States Bankruptcy Court – ED of MI
Clerk of the Court
211 W. Fort Street
Detroit, MI 48226

Re:     Keith Reid (P77629)

Dear Sir or Madam,

Effective June 22, 2022, Keith Reid is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Keith Reid for Kilpatrick & Associates, P.C. to Tara Raske-Liles (P74932).

Please contact me if you have any questions.

Very truly yours,

*Tara Raske-Liles*

Tara Raske-Liles (P74932)