

**Mike Jaafar Law Firm PLLC**
David Ross Ienna
Managing Partner, Michigan
Aaron Kimbrell
Managing Partner, Ohio

1 Parklane Blvd, Suite 729 East, Dearborn, MI 48126 | 313-918-1706

September 14, 2022

U.S. BANKRUPTCY COURT
Eastern District of Michigan

    Re:    Kristin Ann Snyder

Dear Sir and Madam,

    I am writing this letter to inform the Court that attorney Kristin Ann Snyder is no longer be employed by Mike Jaafar Law Firm PLLC (also known as Fairmax Law). Mr. Snyder's last day with our firm was September 13, 2022.

    Accordingly, all open cases for which Mr. Snyder is counsel of record under her kristin@fairmaxlaw.com account, will be transferred to myself, David Ross Ienna, effective immediately.

Sincerely,

MIKE JAAFAR LAW FIRM PLLC

David Ross Ienna, Esq.